# Exhibit A



9:46 🌙     .ıl 5G⁵ᵂ 🔋

Possível spam: +1 (717) 323-9...

Mensagem de Texto • SMS
dom., 28 de dez., 10:43 AM

National Recovery Agency (NRA)
(debt collector): review your
Coweta Emergency Group LLC
balance at https://
nragroup.avtal.com/
Reply STOP to opt out

sábado, 1:51 PM

NRA (Debt Collector): Address
your Coweta Emergency Group
LLC balance at https://
nragroup.avtal.com/
Reply STOP to opt out

Esta conversa de um remetente desconhecido será
apagada automaticamente em 79 dias.

Recuperar       Apagar