**UNITED STATES DISTRICT COURT**
**SOUTEHRN DISTRICT OF FLORIDA**

**Case No.: 1:26-CV-22410**

**JONATHAN LEWIN,**

      **Plaintiff,**

v.

**NRA GROUP, LLC D/B/A NATIONAL**
**RECOVERY AGENCY,**

      **Defendant.**

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Persons and

Corporate Disclosure Statement:

1.)      the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party[1] in the case:

[1]  A party should not list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

      (a)    Jonathan Lewin

      (b)    Plaintiff's attorney, the Law Offices of Jibrael S. Hindi, PLLC;

      (c)    Plaintiff's attorney, Gerald D. Lane Jr, Esq.;

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (844) 542-7235
www.JibraelLaw.com

(d)    Plaintiff's attorney, Zane C. Hedaya, Esq.;

(e)    Plaintiff's attorney, Mitchell D. Hansen, Esq.;

(f)    Defendant NRA Group, LLC d/b/a National Recovery Agency; *and*

(g)    Defendant's Counsel: to be determined.

2.)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known of.

3.)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known of.

4.)    the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff Jonathan Lewin

5.)    Check one of the following:

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (844) 542-7235
www.JibraelLaw.com

__X__   I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (844) 542-7235
www.JibraelLaw.com

Dated: April 7, 2026

Respectfully Submitted,

/s/ Mitchell D. Hansen
**MITCHELL D. HANSEN, ESQ.**
Florida Bar No.: 1065929
E-mail: mitchell@jibraellaw.com
*Lead Attorney For Plaintiff*
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: Zane@jibraellaw.com
*The Law Offices of Jibrael S. Hindi*
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: 734-730-9959

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 7, 2026, the forgoing was electronically via the

Court's CM/ECF system on all counsel of record.

/s/ Mitchell D. Hansen
**MITCHELL D. HANSEN, ESQ.**
Florida Bar No.: 1065929

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (844) 542-7235
www.JibraelLaw.com