**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-22410-BLOOM/Elfenbein**

JONATHAN LEWIN,

     Plaintiff,

v.

NRA GROUP, LLC,

     Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint. Plaintiff filed this action on April 7, 2026, *see* ECF No. [1], generating a July 8, 2026, service deadline. On April 8, 2026, the Court entered an Order directing Plaintiff to file proof of service to file proof of service or show good cause for failure to provide proof of service within 90 days. ECF No. [4]. The Order further stated that failure to effectuate service of a summons and the complaint on Defendants by the stated deadline will result in dismissal without prejudice and without further notice.. To date, Plaintiff has not filed proof of service, or shown good cause. In addition, there is no evidence in the record of any factor that would otherwise justify a permissive extension of time to serve absent a showing of good cause—such as expiration of the applicable statute of limitations, or that Defendant is evading service or concealing a defect in attempted service.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE** for failure to

timely serve;

2.  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 16, 2026.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2